**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,            )<br>                                      )<br>            Plaintiffs,                )<br>                                      )<br> vs.                                  )<br>                                      )<br> Dustin Paul Wicktor,                 )<br>                                      )<br>            Defendants.               )<br> _____)| No. 05-0268M-1<br><br>**ORDER** |

Pending before the Court is the Plaintiff's Motion to Quash Arrest Warrant and Request Summons.  Upon good cause shown,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion to Quash Arrest Warrant and Request Summons (Doc. #23).

DATED this 6th day of December, 2005.

_____
David K. Duncan
United States Magistrate Judge